| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) WARDLAW, KIM M | 2. Court or Organization NINTH CIRCUIT COURT OF APPEALS | 3. Date of Report 7/13/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE - ACTIVE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2005 to 12/31/2005 |
| 7. Chambers or Office Address U.S. COURT OF APPEALS 125 SOUTH GRAND AVENUE PASADENA, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | ▇▇▇▇▇▇▇▇▇▇▇ |
| 2. Board of Trustees | ▇▇▇▇▇▇▇▇▇ |
| 3. Director | ▇▇▇▇▇▇▇▇▇▇▇▇ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2006 JUL 17 A 10: 47 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Notre Dame Law School | February 23-25, 2005 Notre Dame, Indiana Moot Court (Transportation) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. (IRA) - Capital | | | | | | | | | |
| 2. SSGA Money Market Fund | B | Interest | M | T | | | | | |
| 3. 3M Company | A | Dividend | | | Sell | 7/12 | J | | |
| 4. Adobe Sys Inc | | None | J | T | Buy | 8/3 | J | | |
| 5. Adobe Sys Inc | | | | | Buy | 8/15 | J | | |
| 6. Agilent Techonolgoies Inc | | None | J | T | | | | | |
| 7. Air Prods & Chems Inc | A | Dividend | K | T | Buy | 5/18 | J | | |
| 8. Alcoa | A | Dividend | J | T | Partial Sale | 6/9 | J | | |
| 9. Alcoa | | | | | Partial Sale | 6/10 | J | | |
| 10. Alcoa | | | | | Buy | 12/8 | J | | |
| 11. Alcoa | | | | | Buy | 12/13 | J | | |
| 12. Allergan Inc | A | Dividend | K | T | | | | | |
| 13. American Elec Pwr | A | Dividend | | | Sell | 6/6 | J | A | |
| 14. American Intl Group | A | Dividend | K | T | | | | | |
| 15. American Std Cos Inc Del | A | Dividend | K | T | Buy | 10/31 | J | | |
| 16. American Std Cos Inc Del | | | | | Buy | 11/7 | J | | |
| 17. American Std Cos Inc Del | | | | | Buy | 11/8 | J | | |
| 18. Amgen Inc | | None | | | Sell | 4/27 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Amylin Pharmaceuticals Inc. | | None | J | T | | | | | |
| 20. Anheuser Busch Cos | A | Dividend | | | Sell | 9/27 | J | | |
| 21. Applied Mtls Inc | A | Dividend | | | Sell | 8/18 | J | | |
| 22. Astrazeneca Plc Adr | A | Dividend | K | T | Buy | 1/24 | J | | |
| 23. AT&T, Inc. | A | Dividend | J | T | | | | | |
| 24. Autonation Inc. | | None | J | T | | | | | |
| 25. Avon Prods Inc | A | Dividend | J | T | Buy | 9/21 | J | | |
| 26. Avon Prods Inc | | | | | Buy | 12/5 | J | | |
| 27. Baker Hughes Inc | A | Dividend | J | T | | | | | |
| 28. Baxter International Inc | | None | J | T | Buy | 11/29 | J | | |
| 29. Becton Dickinson & Co | A | Dividend | | | Sell | 6/22 | J | A | |
| 30. Berkshire Hathaway Cl B | | None | J | T | | | | | |
| 31. Campbell Soup Co | A | Dividend | K | T | | | | | |
| 32. Canon Inc Adr | A | Dividend | J | T | | | | | |
| 33. Capital One Financial Corp | A | Dividend | J | T | Buy | 9/21 | J | | |
| 34. Carnival Corp Common Paired Stock | A | Dividend | J | T | Buy | 9/7 | J | | |
| 35. Checkfree Corp | | None | | | Sell | 7/16 | J | C | |
| 36. Chevron Corp | A | Dividend | J | T | Partial Sale | 8/26 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Chubb Corp | A | Dividend | | | Sell | 7/16 | J | C | |
| 38. Cincinnati Finl Corp | A | Dividend | J | T | Partial Sale | 5/9 | J | | |
| 39. Cisco Sys Inc | | None | J | T | Buy | 1/24 | J | | |
| 40. Citigroup Inc | A | Dividend | J | T | | | | | |
| 41. Coca-Cola Co | A | Dividend | J | T | Buy | 10/17 | J | | |
| 42. Comcast Corp Cl A New | | None | K | T | Buy | 7/28 | J | | |
| 43. Costco Whsl Corp New | A | Dividend | J | T | | | | | |
| 44. Danaher Corp | A | Dividend | J | T | Buy | 8/23 | J | | |
| 45. Davita Inc | | None | J | T | | | | | |
| 46. Delta Petroleum Corp | | None | J | T | Buy | 12/16 | J | | |
| 47. Delta Petroleum Corp | | | | | Buy | 12/19 | J | | |
| 48. Delta Petroleum Corp | | | | | Buy | 12/20 | J | | |
| 49. Delta Petroleum Corp | | | | | Buy | 12/21 | J | | |
| 50. Delta Petroleum Corp | | | | | Buy | 12/27 | J | | |
| 51. Du Pont Ei De Nemour | A | Dividend | | | Partial Sale | 4/8 | J | | |
| 52. Du Pont Ei De Nemour | | | | | Sell | 7/16 | J | | |
| 53. Duke Energy Corp | A | Dividend | J | T | | | | | |
| 54. East West Bancorp Inc | A | Dividend | J | T | Buy | 4/28 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. East West Bancorp Inc | | | | | Buy | 5/5 | J | | |
| 56. Emerson Elec Co | A | Dividend | J | T | Partial Sale | 4/15 | J | B | |
| 57. Equitable Resources Inc | A | Dividend | | | Sell | 6/6 | J | B | |
| 58. Exelon Corporation | A | Dividend | J | T | Buy | 3/1 | J | | |
| 59. Expedia Inc | | None | | | Partial Sale | 4/8 | J | | |
| 60. Expedia Inc | | | | | Partial Sale | 7/16 | J | | |
| 61. Expedia Inc | | | | | Sell | 8/17 | J | | |
| 62. Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 63. Fedex Corp | A | Dividend | J | T | | | | | |
| 64. Fifth Third Bancorp | | None | J | T | Buy | 11/15 | J | | |
| 65. Fluor Corp | A | Dividend | K | T | | | | | |
| 66. Forest Labs Inc | | None | K | T | | | | | |
| 67. Gallagher Arthur J | A | Dividend | J | T | | | | | |
| 68. General Dynamics Corp | A | Dividend | J | T | Buy | 3/2 | J | | |
| 69. General Elec Co | A | Dividend | K | T | Buy | 10/12 | J | | |
| 70. Genl Growth Pptys | A | Dividend | K | T | | | | | |
| 71. Golden West Finl | A | Dividend | J | T | Buy | 1/24 | J | | |
| 72. Guidant Corp | | None | | | Sell | 1/4 | J | B | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Hartford Finl Svcs Group Inc | A | Dividend | | | Sell | 4/8 | J | A | |
| 74. Heineken N V Adr | A | Dividend | J | T | | | | | |
| 75. Hewlett Packard Co | A | Dividend | J | T | Buy | 2/9 | J | | |
| 76. Hsbc Hldgs Plc Adr | A | Dividend | K | T | Buy | 1/24 | J | | |
| 77. IAC Interactivecorp | | None | | | Partial Sale | 1/20 | J | | |
| 78. IAC Interactivecorp | | | | | Partial Sale | 7/16 | J | | |
| 79. IAC Interactivecorp | | | | | Sell | 8/17 | J | | |
| 80. Illinois Tool Works | A | Dividend | J | T | Buy | 1/24 | J | | |
| 81. Illinois Tool Works | | | | | Buy | 5/18 | J | | |
| 82. Imclone Sys Inc | | None | J | T | Buy | 11/29 | J | | |
| 83. Intl Bus Mach Corp | A | Dividend | K | T | Buy | 5/18 | J | | |
| 84. JP Morgan Chase & Co | A | Dividend | K | T | Buy | 7/28 | J | | |
| 85. Kimberly Clark Corp | A | Dividend | | | Partial Sale | 8/23 | J | | |
| 86. Kimberly Clark Corp | | | | | Sell | 8/25 | J | | |
| 87. Kinder Morgan Mgmt LLC | | None | J | T | Partial Sale | 3/9 | J | A | |
| 88. Kinder Morgan Mgmt LLC | | | | | Partial Sale | 6/8 | J | A | |
| 89. Kinder Morgan Mgmt LLC | | | | | Partial Sale | 8/29 | J | | |
| 90. Kinder Morgan Mgmt LLC | | | | | Partial Sale | 4/8 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3 Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 91. Knight Ridder Inc | A | Dividend | | | Partial Sale | 7/16 | J | | |
| 92. Knight Ridder Inc | | | | | Sell | 7/16 | J | | |
| 93. Kraft Foods Inc Cl A | A | Dividend | J | T | | | | | |
| 94. Leggett & Platt Inc | A | Dividend | J | T | Buy | 5/10 | J | | |
| 95. Leggett & Platt Inc | | | | | Buy | 5/12 | J | | |
| 96. Leggett & Platt Inc | | | | | Buy | 6/23 | J | | |
| 97. Leggett & Platt Inc | | | | | Buy | 8/5 | J | | |
| 98. Leggett & Platt Inc | | | | | Buy | 8/24 | J | | |
| 99. Lexmark International Inc Cl A | | None | J | T | | | | | |
| 100. Lilly Eli & Co | A | Dividend | | | Sell | 10/8 | K | | |
| 101. Lincare Holdings Inc | | None | J | T | | | | | |
| 102. Lowes Cos Inc | A | Dividend | K | T | | | | | |
| 103. Macromedia Inc | | None | | | Sell | 2/11 | J | C | |
| 104. Mattel Inc | A | Dividend | | | Partial Sale | 4/8 | J | | |
| 105. Mattel Inc | | | | | Sell | 7/16 | J | | |
| 106. Mc Donalds Corp | A | Dividend | J | T | Buy | 11/3 | J | | |
| 107. Medco Health Solutions Inc. | | None | K | T | Buy | 3/2 | J | | |
| 108. Medco Health Solutions Inc | | | | | Buy | 11/7 | J | | |

1. Income/Gain Codes:        A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50.001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                    P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal           R = Cost (Real Estate Only)   S = Assessment          T = Cash/Market
   (See Column C2)           U = Book Value          V = Other                 W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Medco Health Solutions Inc | | | | | Buy | 11/10 | J | | |
| 110. Microsoft | A | Dividend | K | T | Buy | 1/24 | J | | |
| 111. Microsoft | | | | | Buy | 3/10 | J | | |
| 112. Millennium Pharmaceuticals Inc | | None | J | T | Buy | 4/8 | J | | |
| 113. Millennium Pharmaceuticals Inc | | | | | Buy | 4/11 | J | | |
| 114. Millennium Pharmaceuticals Inc | | | | | Buy | 4/13 | J | | |
| 115. Millennium Pharmaceuticals Inc | | | | | Buy | 4/15 | J | | |
| 116. Millennium Pharmaceuticals Inc | | | | | Buy | 4/18 | J | | |
| 117. Millennium Pharmaceuticals Inc | | | | | Buy | 4/21 | J | | |
| 118. Millennium Pharmaceuticals Inc | | | | | Buy | 5/2 | J | | |
| 119. National Instruments Corp | A | Dividend | J | T | Buy | 1/27 | J | | |
| 120. National Instruments Corp | | | | | Buy | 4/1 | J | | |
| 121. Nestle Nam Spon Adr | A | Dividend | J | T | Partial Sale | 5/9 | J | A | |
| 122. Novartis Ag Nam Spon Adr | A | Dividend | J | T | Buy | 1/24 | J | | |
| 123. O&M Inv Partners/M Jackson | A | Div./Int. | K | U | | | | | |
| 124. Omnicom Group Inc | A | Dividend | K | T | | | | | |
| 125. Pepsico Inc | A | Dividend | K | T | | | | | |
| 126. Potash Corp Sk US$ Adr | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS  -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Procter & Gamble Co | A | Dividend | J | T | | | | | |
| 128. Radioshack Corp | A | Dividend | | | Partial Sale | 4/8 | J | | |
| 129. Radioshack Corp | | | | | Sell | 7/16 | J | | |
| 130. Raytheon Company | A | Dividend | | | Sell | 1/7 | J | A | |
| 131. Rio Tinto Plc Adr | A | Dividend | K | T | | | | | |
| 132. Royal Dutch Pete 1.25 Guilder Sh Adr | A | Dividend | K | T | • | | | | |
| 133. SAP AG SPON ADR | A | Dividend | J | T | Buy | 5/9 | J | | |
| 134. SAP AG SPON ADR | | | | | Buy | 5/19 | J | | |
| 135. SAP AG SPON ADR | | | | | Buy | 5/20 | J | | |
| 136. SBC Communications | A | Dividend | | | Buy | 1/24 | J | | |
| 137. SBC Communications | | | | | Merger | 11/21 | J | A | |
| 138. Schlumberger Ltd | A | Dividend | K | T | Partial Sale | 3/2 | J | A | |
| 139. Semtech Corp | | None | J | T | Buy | 2/22 | J | | |
| 140. Sepracor Inc | | None | J | T | Buy | 2/22 | J | | |
| 141. Sepracor Inc | | | | | Buy | 4/27 | J | | |
| 142. Siemens Ag Adr | A | Dividend | J | T | | | | | |
| 143. SLM Corp | A | Dividend | K | T | | | | | |
| 144. Southwest Airlines | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:        A  = $1,000 or less        B  = $1,001-$2,500        C  = $2,501-$5,000        D  = $5,001-$15,000        E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000     G  = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:              J  = $15,000 or less      K  = $15,001-$50,000      L  = $50,001-$100,000        M  = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000    O  = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                       P4 = $More than $50,000,000
3 Value Method Codes         Q  = Appraisal            R  = Cost (Real Estate Only)   S  = Assessment              T  = Cash:Market
   (See Column C2)           U  = Book Value           V  = Other                W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. Sprint Corp (Fon Group) | A | Dividend | | | Sell | 4/27 | J | A | |
| 146. Sprint Nextel Corp Series I | A | Dividend | J | T | Buy | 11/4 | J | | |
| 147. Sprint Nextel Corp Series I | | | | | Buy | 11/7 | J | | |
| 148. State Str Corp | A | Dividend | J | T | Buy | 6/7 | J | | |
| 149. Suncor Energy Inc US$ ADR | A | Dividend | J | T | Partial Sale | 2/24 | J | B | |
| 150. Syngenta Ag Adr | A | Dividend | | | Sell | 8/11 | J | B | |
| 151. Target Corp | | None | J | T | Buy | 11/28 | J | | |
| 152. Time Warner Inc | A | Dividend | J | T | Buy | 11/4 | J | | |
| 153. UMPQUA Hldgs Corp | A | Dividend | J | T | Buy | 1/24 | J | | |
| 154. Unilever N V NY Shs Adr | A | Dividend | J | T | | | | | |
| 155. Union Pacific | A | Dividend | K | T | | | | | |
| 156. United Parcel Service Inc | A | Dividend | J | T | Buy | 4/15 | J | | |
| 157. United Technologies Corp | A | Dividend | K | T | Buy | 1/24 | J | | |
| 158. Unocal Corp | A | Dividend | | | Sell | 8/11 | K | D | |
| 159. Verizon Communications | A | Dividend | J | T | Buy | 1/24 | J | | |
| 160. Vodafone Group Plc Adr | A | Dividend | J | T | Partial Sale | 5/9 | J | A | |
| 161. Vodafone Group Plc Adr | | | | | Buy | 10/14 | J | | |
| 162. Washington Mut Inc | A | Dividend | K | T | Buy | 2/17 | K | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. Washington Mut Inc | | | | | Buy | 12/13 | J | | |
| 164. Washington Mut Inc | | | | | Buy | 12/14 | J | | |
| 165. WD-40 Company | A | Dividend | | | Sell | 4/27 | J | A | |
| 166. Weather Ford Intl Ltd | | None | J | T | Sell | 3/2 | J | B | |
| 167. Wellpoint Inc | | None | K | T | | | | | |
| 168. Wells Fargo & Co New | A | Dividend | K | T | Buy | 1/24 | J | | |
| 169. Whole Foods Market | A | Dividend | K | T | | | | | |
| 170. Williams Sonoma Inc | | None | J | T | | | | | |
| 171. XL Capital Ltd | A | Dividend | J | T | | | | | |
| 172. ▬▬▬ | D | Dividend | | | Sell | 12/5 | L | E | |
| 173. East Cameron Block | | | | | write off | 6/30 | J | | |
| 174. Trust #1 | | | | | | | | | |
| 175. Columbia Gov Reserves Fund (fm'ly Nations Gov Resv Tst Fund) | A | Dividend | J | T | | | | | |
| 176. Columbia Florida Muni Fund (frm'ly Nations Florida Muni Fnd) | B | Dividend | L | T | | | | | |
| 177. Columbia Marsico Grwth Fund (fm'ly Nations Marsico Grwth Fd) | | None | L | T | | | | | |
| 178. ▬▬▬▬▬ (IRA) | | | | | | | | | |
| 179. Abbott Labs common stock | A | Dividend | K | T | | | | | |
| 180. Acco Brands common stock | | None | | | Buy | 7/7 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. Acco Brands common stock | | | | | Sell | 8/19 | J | A | |
| 182. Air Prods Chem common stock | A | Dividend | K | T | | | | | |
| 183. Ambac Fin common stock | A | Dividend | K | T | Buy | 9/14 | J | | |
| 184. Amer Intl Group common stock | A | Dividend | K | T | Buy | 3/8 | J | | |
| 185. Amer Intl Group common stock | | | | | Buy | 9/14 | J | | |
| 186. Amgen Inc common stock | | None | K | T | | | | | |
| 187. Anadarko Pet common stock | A | Dividend | K | T | Partial Sale | 3/8 | J | B | |
| 188. Applied Mats common stock | A | Dividend | K | T | | | | | |
| 189. Avery Dennison common stock | A | Dividend | K | T | | | | | |
| 190. BHP Biliton ADR | | None | K | T | Buy | 9/14 | K | | |
| 191. Biogen IDEC common stock | | None | K | T | Buy | 9/14 | K | | |
| 192. BP Plc ADR | A | Dividend | K | T | Buy | 9/14 | J | | |
| 193. BP Plc ADR | | | | | Partial Sale | 10/14 | J | A | |
| 194. Burlington S. Fe common stock | A | Dividend | K | T | Partial Sale | 3/8 | J | B | |
| 195. Caterpilliar common stock | A | Dividend | K | T | Partial Sale | 9/14 | K | D | |
| 196. Cisco Systems common stock | | None | K | T | Buy | 3/8 | J | | |
| 197. Citigroup common stock | A | Dividend | K | T | Buy | 9/14 | J | | |
| 198. Colgate-Palmolive common stock | A | Dividend | K | T | Buy | 3/8 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. Corning Inc common stock | | None | K | T | Buy | 10/14 | K | | |
| 200. Danaher Corp common stock | A | Dividend | K | T | | | | | |
| 201. Dell Inc common stock | | None | K | T | | | | | |
| 202. Dentsply Intl common stock | A | Dividend | J | T | | | | | |
| 203. Du Pont common stock | A | Dividend | K | T | | | | | |
| 204. Elan Corp ADR | | None | | | Sell | 9/14 | J | | |
| 205. FPL Group common stock | A | Dividend | K | T | Partial Sale | 10/14 | J | B | |
| 206. Forest Labs common stock | | None | | | Sell | 3/8 | J | | |
| 207. Fortune Brand common stock | A | Dividend | J | T | Buy | 7/7 | J | | |
| 208. Gannett Co common stock | A | Dividend | K | T | Partial Sale | 9/14 | K | B | |
| 209. General Electric common stock | A | Dividend | K | T | | | | | |
| 210. Gillette Co common stock | | None | | | Merger | 10/3 | K | B | |
| 211. Global Indust common stock | | None | K | T | Buy | 10/14 | J | | |
| 212. Goldman Sachs common stock | A | Dividend | K | T | Buy | 6/2 | K | | |
| 213. Goldman Sachs common stock | | | | | Buy | 9/14 | J | | |
| 214. Home Depot Inc common stock | A | Dividend | J | T | Buy | 9/14 | J | | |
| 215. IBM common stock | A | Dividend | K | T | | | | | |
| 216. Intel common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 217. Iscramco common stock | | None | | | Sell | 9/14 | J | A | |
| 218. Johnson & Johnson common stock | A | Dividend | K | T | | | | | |
| 219. JP Morgan common stock | A | Dividend | K | T | Buy | 9/14 | J | | |
| 220. KB Home common stock | A | Dividend | K | T | Partial Sale | 3/8 | J | C | |
| 221. Lehman Bros common stock | A | Dividend | K | T | | | | | |
| 222. Lexmark Intl common stock | | None | | | Sell | 10/5 | K | | |
| 223. Lockheed Martin common stock | A | Dividend | K | T | | | | | |
| 224. Masco Corp common stock | A | Dividend | J | T | Buy | 3/8 | J | | |
| 225. Maxwell Tech common stock | | None | | | Sell | 9/14 | K | C | |
| 226. McGraw-Hill common stock | A | Dividend | K | T | | | | | |
| 227. Medtronic Inc common stock | A | Dividend | K | T | | | | | |
| 228. Microchip Tech common stock | A | Dividend | K | T | | | | | |
| 229. Microsoft Corp common stock | A | Dividend | K | T | Buy | 3/8 | J | | |
| 230. Morgan Stanley common stock | A | Dividend | | | Sell | 6/2 | K | | |
| 231. Newell Rubbermaid common stock | A | Dividend | | | Sell | 10/14 | K | | |
| 232. Nortell Networks | | None | J | T | | | | | |
| 233. Pfizer Inc common stock | A | Dividend | K | T | Buy | 3/8 | J | | |
| 234. Pfizer Inc common stock | | | | | Partial Sale | 9/14 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| # | Description | | | | | | | | (4) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | Royal Dutch ADR | | | | | | Partial Sale | 10/14 | J | A |
| 240. | Sara Lee Com Stock | A | Dividend | K | T | | | | |
| 241. | Sempra Energy common stock | A | Dividend | K | T | | | | |
| 242. | Smith Intl common stock | | None | K | T | Buy | 10/14 | K | |
| 243. | Stericycle Inc common stock | | None | K | T | | | | |
| 244. | Sysco Corp common stock | A | Dividend | K | T | Buy | 3/8 | J | |
| 245. | Target Corp common stock | A | Dividend | K | T | | | | |
| 246. | US Bancorp common stock | A | Dividend | K | T | Buy | 3/17 | K | |
| 247. | US Bancorp common stock | | | | | Buy | 9/14 | J | |
| 248. | Verisign Inc common stock | | None | J | T | Partial Sale | 3/8 | J | B |
| 249. | Verizon common stock | A | Dividend | K | T | | | | |
| 250. | Vodafone ADR | A | Dividend | K | T | | | | |
| 251. | Whole Foods common stock | A | Dividend | K | T | Partial Sale | 10/14 | J | A |
| 252. | Zimmer Holdings common stock | | None | J | T | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. DFA Large Cap Fund | C | Dividend | M | T | Buy | 9/14 | K | | |
| 254. DFA Micro Cap Fun | B | Dividend | L | T | Buy | 9/14 | J | | |
| 255. Capital Trust Account | | | | | | | | | |
| 256. 3M Company | A | Dividend | | | Partial Sale | 7/13 | K | | |
| 257. 3M Company | | | | | Sell | 7/14 | K | | |
| 258. Adobe Sys Inc | | None | M | T | Buy | 8/3 | K | | |
| 259. Adobe Sys Inc | | | | | Buy | 8/12 | K | | |
| 260. Adobe Sys Inc | | | | | Buy | 8/15 | J | | |
| 261. Adobe Sys Inc | | | | | Buy | 8/23 | K | | |
| 262. Agilent Technologies Inc. | | None | L | T | Buy | 3/18 | J | | |
| 263. Air Prods & Chems Inc. | B | Dividend | M | T | Buy | 3/18 | K | | |
| 264. Air Prods & Chems Inc. | | | | | Buy | 10/7 | K | | |
| 265. Alcoa Inc | A | Dividend | L | T | Partial Sale | 6/9 | K | | |
| 266. Alcoa Inc | | | | | Partial Sale | 6/10 | K | | |
| 267. Alcoa Inc | | | | | Partial Sale | 6/13 | J | | |
| 268. Alcoa Inc | | | | | Buy | 12/8 | K | | |
| 269. Alcoa Inc. | | | | | Buy | 12/12 | J | | |
| 270. Alcoa Inc | | | | | Buy | 12/13 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 271. Alcoa Inc | | | | | Buy | 12/14 | J | | |
| 272. Allergan Inc | A | Dividend | M | T | | | | | |
| 273. American Elec Pwr Inc | A | Dividend | K | T | | | | | |
| 274. American Intl Group | A | Dividend | M | T | | | | | |
| 275. American Std Cos Inc Del | B | Dividend | M | T | Buy | 10/7 | J | | |
| 276. American Std Cos Inc Del | | | | | Buy | 11/1 | K | | |
| 277. American Std Cos Inc Del | | | | | Buy | 11/4 | J | | |
| 278. American Std Cos Inc Del | | | | | Buy | 11/7 | K | | |
| 279. American Std Cos Inc Del | | | | | Buy | 11/8 | J | | |
| 280. Amgen Inc | | None | | | Partial Sale | 4/26 | J | | |
| 281. Amgen Inc | | | | | Partial Sale | 4/27 | J | | |
| 282. Amgen Inc | | | | | Sell | 4/28 | J | A | |
| 283. Amylin Pharmaceuticals Inc | | None | K | T | Buy | 3/18 | J | | |
| 284. Anheuser Busch Cos | B | Dividend | | | Partial Sale | 10/28 | K | | |
| 285. Anheuser Busch Cos | | | | | Sell | 10/28 | J | | |
| 286. Applied Matls Inc | A | Dividend | | | Partial Sale | 8/17 | K | | |
| 287. Applied Matls Inc | | | | | Sell | 8/18 | K | B | |
| 288. Astrazeneca Plc Adr | C | Dividend | M | T | Buy | 3/18 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 289. AT&T, Inc | A | Dividend | L | T | Buy | 10/7 | J | | |
| 290. Autonation Inc | | None | K | T | | | | | |
| 291. Avon Prods Inc | A | Dividend | K | T | Buy | 9/21 | K | | |
| 292. Avon Prods Inc | | | | | Buy | 10/7 | J | | |
| 293. Avon Prods Inc | | | | | Buy | 11/9 | J | | |
| 294. Baker Hughes Inc | A | Dividend | M | T | Buy | 3/18 | J | | |
| 295. Becton Dickinson & Co | A | Dividend | | | Sell | 9/22 | K | B | |
| 296. Berkshire Hathaway Cl B | | None | K | T | | | | | |
| 297. BP/Valdez AK 03B DFR 1.770% 7/01/37 | A | Interest | | | Sell | 1/12 | M | | |
| 298. CA Hlth Fac Cedars-S 6.125% 12/01/19 | C | Interest | | | Sell | 12/21 | M | C | |
| 299. CA Hlth Fac Valley 5.000% 5/01/12 | D | Interest | | | Sell | 12/21 | L | B | |
| 300. CA POLLUTN CTL FING AUTH REV 5/23/1996 VAR | A | Interest | | | Buy | 12/9 | L | | |
| 301. CA POLLUTN CTL FING AUTH REV 5/23/1996 VAR | | | | | Sell | 12/22 | L | | |
| 302. CA Pub Wks Lease Rev 5.125% 12/01/21 | D | Interest | M | T | | | | | |
| 303. CA St Dept Wtr Res Q 5.000% 3/01/17 | C | Interest | L | T | | | | | |
| 304. CA St Econ Recov 04 3.500 % 7/01/23 | D | Interest | M | T | | | | | |
| 305. CA St Econ Recov A 5.250% 7/01/13 | D | Interest | M | T | | | | | |
| 306. CA ST GO 5.000% 11/01/18 | B | Interest | | | Sell | 2/23 | M | D | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. CA ST GO 6.250% 9/01/12 | C | Interest | L | T | | | | | |
| 308. CA ST GO 6.500% 2/01/08 | C | Interest | | | Sell | 2/21 | L | B | |
| 309. CA ST GO FGIC 5.000% 2/01/15 | D | Interest | | | Sell | 2/23 | M | D | |
| 310. CA ST GO REV ANTIC S 3% 6/30/05 | A | Interest | | | Buy | 1/11 | M | | |
| 311. CA ST GO REV ANTIC S 3% 6/30/05 | | | | | Sell | 3/9 | M | | |
| 312. CA ST UNIV SYSTEM WID 5.000% 11/01/17 | D | Interest | N | T | Buy | 3/24 | N | | |
| 313. CA STS GO MBIA 5.000% 2/01/21 | B | Interest | | | Sell | 2/23 | L | A | |
| 314. CA STWD COP ODD FELL 5.375% 10/01/13 | C | Interest | L | T | | | | | |
| 315. Campbell Soup Co | C | Dividend | M | T | Buy | 10/7 | J | | |
| 316. Canon Inc Adr | A | Dividend | K | T | | | | | |
| 317. Capital One Financial Corp | A | Dividend | L | T | Buy | 9/20 | K | | |
| 318. Capital One Financial Corp | | | | | Buy | 9/21 | K | | |
| 319. Capital One Financial Corp | | | | | Buy | 10/7 | K | | |
| 320. Carnival Corp Common Paired Stock | A | Dividend | L | T | Buy | 3/31 | K | | |
| 321. Checkfree Corp | | None | K | T | | | | | |
| 322. Chevron Corp | A | Dividend | L | T | Buy | 8/23 | K | | |
| 323. Chevron Corp | | | | | Buy | 10/7 | J | | |
| 324. Chevron Corp | | | | | Partial Sale | 8/26 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 325. Cincinnati Finl Corp | B | Dividend | L | T | | | | | |
| 326. Cisco Sys Inc | | None | K | T | Buy | 3/18 | J | | |
| 327. Cisco Sys Inc | | | | | Buy | 10/7 | J | | |
| 328. Citigroup Inc | B | Dividend | K | T | | | | | |
| 329. Coca-Cola Co | A | Dividend | K | T | Buy | 10/14 | K | | |
| 330. Coca-Cola Co | | | | | Buy | 10/17 | K | | |
| 331. Coca-Cola Co | | | | | Buy | 11/9 | J | | |
| 332. Comcast Corp Cl A New | A | Dividend | M | T | Buy | 10/7 | K | | |
| 333. Costa Mesa Calif PFA 5.000% 10/01/12 | C | Interest | M | T | | | | | |
| 334. Costco Whsl Corp New | | None | M | T | Buy | 10/7 | K | | |
| 335. Cucamonga CO CA COP 5.000% 9/01/19 | C | Interest | M | T | | | | | |
| 336. Danaher Corp | A | Dividend | K | T | Buy | 8/23 | J | | |
| 337. Danaher Corp | | | | | Buy | 8/24 | J | | |
| 338. Danaher Corp | | | | | Buy | 10/7 | J | | |
| 339. Davita Inc. | | None | L | T | Buy | 1/14 | J | | |
| 340. Davita Inc | | | | | Buy | 1/18 | J | | |
| 341. Delta Petroleum Corp | | None | L | T | Buy | 12/16 | J | | |
| 342. Delta Petroleum Corp | | | | | Buy | 12/19 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash-Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 343. Delta Petroleum Corp | | | | | Buy | 12/20 | J | | |
| 344. Delta Petroleum Corp | | | | | Buy | 12/20 | K | | |
| 345. Delta Petroleum Corp | | | | | Buy | 12/21 | K | | |
| 346. Delta Petroleum Corp | | | | | Buy | 12/22 | J | | |
| 347. Delta Petroleum Corp | | | | | Buy | 12/23 | J | | |
| 348. Delta Petroleum Corp | | | | | Buy | 12/27 | J | | |
| 349. Du Pont El De Nemour | B | Dividend | | | Partial Sale | 8/30 | J | | |
| 350. Du Pont El De Nemour | | | | | Partial Sale | 10/6 | K | | |
| 351. Du Pont El De Nemour | | | | | Sell | 10/7 | J | | |
| 352. Duke Energy Corp | C | Dividend | L | T | Buy | 10/20 | J | | |
| 353. East West Bancorp Inc | A | Dividend | L | T | Buy | 4/27 | J | | |
| 354. East West Bancorp Inc. | | | | | Buy | 4/28 | J | | |
| 355. East West Bancorp Inc | | | | | Buy | 4/29 | J | | |
| 356. East West Bancorp Inc | | | | | Buy | 5/2 | J | | |
| 357. East West Bancorp Inc | | | | | Buy | 5/3 | J | | |
| 358. East West Bancorp Inc | | | | | Buy | 5/4 | J | | |
| 359. East West Bancorp Inc | | | | | Buy | 5/5 | J | | |
| 360. East West Bancorp Inc. | | | | | Buy | 5/6 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash-Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361. East West Bancorp Inc | | | | | Buy | 8/23 | J | | |
| 362. East West Bancorp Inc | | | | | Buy | 10/7 | J | | |
| 363. El Centro CA Auth WT 4.800% 10/01/09 | B | Interest | L | T | | | | | |
| 364. El Segundo CA USD FG 5.375% 9/01/21 | D | Interest | M | T | | | | | |
| 365. Emerson Elec Co | C | Dividend | M | T | Buy | 3/18 | J | | |
| 366. Energy Northwest WA 5.250% 7/01/08 | D | Interest | M | T | | | | | |
| 367. Equitable Resources Inc | A | Dividend | K | T | | | | | |
| 368. Europacific Growth Fund R5 Shares | E | Dividend | P1 | T | Buy | 3/18 | M | | |
| 369. Europacific Growth Fund R5 Shares | | | | | Buy | 7/15 | N | | |
| 370. Europacific Growth Fund R5 Shares | | | | | Buy | 12/28 | L | | |
| 371. Europacific Growth Fund R5 Shares | | | | | Buy | 12/28 | K | | |
| 372. Exelon Corporation | B | Dividend | K | T | Buy | 2/28 | K | | |
| 373. Exelon Corporation | | | | | Buy | 3/1 | K | | |
| 374. Exelon Corporation | | | | | Buy | 3/18 | J | | |
| 375. Expedia Inc | | None | | | Partial Sale | 10/27 | J | | |
| 376. Expedia Inc | | | | | Partial Sale | 11/10 | J | | |
| 377. Expedia Inc | | | | | Partial Sale | 11/11 | J | | |
| 378. Expedia Inc | | | | | Partial Sale | 11/14 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. Expedia Inc | | | | | Partial Sale | 11/15 | J | | |
| 380. Expedia Inc | | | | | Partial Sale | 11/15 | J | A | |
| 381. Expedia Inc | | | | | Sell | 11/16 | J | A | |
| 382. Exxon Mobil Corp | C | Dividend | M | T | Buy | 10/7 | K | | |
| 383. Fedex Corp | A | Dividend | L | T | Buy | 10/7 | J | | |
| 384. Fluor Corp | A | Dividend | M | T | Buy | 10/7 | K | | |
| 385. Foothill-De Anza CC 4.900% 6/01/11 | B | Interest | L | T | | | | | |
| 386. Forest Labs Inc | | None | M | T | Buy | 10/7 | K | | |
| 387. Fremont CA UHSD FGIC 5.000% 9/01/16 | D | Interest | N | T | Buy | 3/10 | N | | |
| 388. Fresno CA USD COP FS 4.500% 5/01/10 | C | Interest | | | Sell | 12/21 | L | A | |
| 389. Gallagher Artur J | A | Dividend | K | T | Buy | 5/3 | K | | |
| 390. General Dynamics Corp | A | Dividend | K | T | Buy | 3/2 | J | | |
| 391. General Dynamics Corp | | | | | Buy | 10/7 | J | | |
| 392. General Elec Co | C | Dividend | M | T | Buy | 8/23 | K | | |
| 393. General Elec Co | | | | | Buy | 10/7 | K | | |
| 394. General Elec Co | | | | | Buy | 10/13 | J | | |
| 395. Genl Growth Pptys | C | Dividend | L | T | | | | | |
| 396. Golden St Tobacco ST 5.000% 6/01/14 | C | Interest | N | T | Buy | 8/3 | N | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2) U = Book Value    V = Other    W = Estimated

| | | | | | (2) | | | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 400. | Hartford Finl Svcs Group Inc | A | Dividend | K | T | | | | | | |
| 401. | Heineken N V Adr | A | Dividend | L | T | Buy | 10/7 | J | | | |
| 402. | Hewlett Packard Co | A | Dividend | L | T | Buy | 2/10 | L | | | |
| 403. | Hewlett Packard Co | | | | | Buy | 3/18 | J | | | |
| 404. | Hsbc Hldgs Plc Adr | C | Dividend | M | T | Buy | 3/18 | K | | | |
| 405. | IAC Interactivecorp | | None | | | Buy | 3/18 | J | | | |
| 406. | IAC Interactivecorp | | | | | Partial Sale | 1/18 | J | A | | |
| 407. | IAC Interactivecorp | | | | | Partial Sale | 1/20 | J | A | | |
| 408. | IAC Interactivecorp | | | | | Partial Sale | 10/31 | J | | | |
| 409. | IAC Interactivecorp | | | | | Partial Sale | 10/31 | K | | | |
| 410. | IAC Interactivecorp | | | | | Sell | 11/1 | J | A | | |
| 411. | Illinois Tool Works | A | Dividend | M | T | Buy | 3/1 | K | | | |
| 412. | Illinois Tool Works | | | | | Buy | 10/7 | K | | | |
| 413. | Imclone Sys Inc | | None | K | T | Buy | 11/7 | J | | | |
| 414. | Imclone Sys Inc | | | | | Buy | 11/8 | J | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 415. Imclone Sys Inc | | | | | Buy | 11/9 | J | | |
| 416. Imclone Sys Inc | | | | | Buy | 11/10 | J | | |
| 417. Imclone Sys Inc | | | | | Buy | 11/11 | J | | |
| 418. Imclone Sys Inc | | | | | Buy | 11/29 | J | | |
| 419. Immanuel HLTH/LANCAS 2.490% 07/01/30 | B | Interest | | | Buy | 2/7 | L | | |
| 420. Immanuel HLTH/LANCAS 2.490% 07/01/30 | | | | | Sell | 8/4 | L | | |
| 421. Intel Corp | A | Dividend | K | T | | | | | |
| 422. Intl Bus Mach Corp | B | Dividend | M | T | Buy | 3/18 | K | | |
| 423. Intl Bus Mach Corp | | | | | Buy | 10/7 | K | | |
| 424. JP Morgan Chase & Co | C | Dividend | M | T | Buy | 1/21 | K | | |
| 425. JP Morgan Chase & Co | | | | | Buy | 1/26 | K | | |
| 426. JP Morgan Chase & Co | | | | | Buy | 3/18 | J | | |
| 427. JP Morgan Chase & Co | | | | | Buy | 10/7 | K | | |
| 428. Kimberly Clark Corp | A | Dividend | | | Partial Sale | 8/23 | J | | |
| 429. Kimberly Clark Corp | | | | | Sell | 8/25 | J | A | |
| 430. Kinder Morgan Mgmt LLC | | None | L | T | Partial Sale | 3/9 | J | A | |
| 431. Kinder Morgan Mgmt LLC | | | | | Partial Sale | 6/8 | J | A | |
| 432. Kinder Morgan Mgmt LLC | | | | | Partial Sale | 8/29 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 433. Kinder Morgan Mgmt LLC | | | | | Partial Sale | 11/14 | J | A | |
| 434. Knight Ridder Inc | A | Dividend | | | Partial Sale | 9/23 | J | | |
| 435. Knight Ridder Inc | | | | | Partial Sale | 9/26 | J | | |
| 436. Knight Ridder Inc | | | | | Partial Sale | 10/7 | J | | |
| 437. Knight Ridder Inc | | | | | Sell | 10/10 | J | | |
| 438. Kraft Foods Inc Cl A | A | Dividend | L | T | Buy | 3/18 | J | | |
| 439. Kraft Foods Inc Cl A | | | | | Buy | 10/7 | J | | |
| 440. LA CA COP AMBAC 5.000% 10/01/14 | C | Interest | | | Sell | 12/21 | L | B | |
| 441. LA CA DWAP FSA 5.250% 7/01/20 | C | Interest | L | T | | | | | |
| 442. LA CA USD GO FGIC 5.0% 07-01-16 | D | Interest | N | T | Buy | 12/8 | N | | |
| 443. La Canada CA USD FGI 5.750% 8/01/05 | C | Interest | | | Sell | 8/1 | L | | |
| 444. La Canada Flintridge 5.250% 12/01/21 | D | Interest | M | T | | | | | |
| 445. LA CO CA MTA AMBAC C 5.000% 7/01/20 | D | Interest | M | T | | | | | |
| 446. LA CO CA MTA FSA SF 5.000% 7/01/19 | C | Interest | M | T | | | | | |
| 447. LA CO Pub Wks FSA 4.700% 3/01/07 | C | Interest | | | Sell | 12/21 | L | A | |
| 448. Leggett & Platt Inc | A | Dividend | L | T | Buy | 5/10 | J | | |
| 449. Leggett & Platt Inc | | | | | Buy | 5/11 | J | | |
| 450. Leggett & Platt Inc | | | | | Buy | 5/12 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 451. Leggett & Platt Inc | | | | | Buy | 5/16 | J | | |
| 452. Leggett & Platt Inc | | | | | Buy | 6/22 | J | | |
| 453. Leggett & Platt Inc | | | | | Buy | 6/23 | J | | |
| 454. Leggett & Platt Inc | | | | | Buy | 8/3 | J | | |
| 455. Leggett & Platt Inc | | | | | Buy | 8/4 | J | | |
| 456. Leggett & Platt Inc | | | | | Buy | 8/5 | J | | |
| 457. Leggett & Platt Inc | | | | | Buy | 8/8 | J | | |
| 458. Leggett & Platt Inc | | | | | Buy | 8/23 | J | | |
| 459. Leggett & Platt Inc | | | | | Buy | 8/24 | J | | |
| 460. Leggett & Platt Inc | | | | | Buy | 10/7 | J | | |
| 461. Lexmark International Inc Cl A | | None | K | T | Buy | 2/15 | J | | |
| 462. Lexmark International Inc Cl A | | | | | Buy | 5/4 | J | | |
| 463. Lilly Eli & Co | B | Dividend | | | Partial Sale | 8/17 | K | | |
| 464. Lilly Eli & Co | | | | | Sell | 8/18 | L | | |
| 465. Lincare Holdings Inc | | None | K | T | Buy | 10/7 | J | | |
| 466. LOS ANGELES CNTY CA PUB WKS FING AUTHO AMBAC 5% 6/1/2021 | D | Interest | N | T | | | | | |
| 467. Lowes Cos Inc | A | Dividend | M | T | Buy | 10/7 | K | | |
| 468. Macromedia Inc | | None | | | Sell | 9/8 | L | E | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS  -- income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 469. Mattel Inc | A | Dividend | | | Partial Sale | 10/26 | J | | |
| 470. Mattel Inc | | | | | Partial Sale | 10/26 | J | | |
| 471. Mattel Inc | | | | | Partial Sale | 10/27 | J | | |
| 472. Mattel Inc | | | | | Partial Sale | 10/27 | J | | |
| 473. Mattel Inc | | | | | Partial Sale | 10/28 | J | | |
| 474. Mattel Inc | | | | | Partial Sale | 12/1 | J | | |
| 475. Mattel Inc | | | | | Partial Sale | 12/2 | J | | |
| 476. Mattel Inc | | | | | Sell | 12/5 | J | | |
| 477. McDonalds Corp | B | Dividend | L | T | Buy | 10/7 | J | | |
| 478. McDonalds Corp | | | | | Buy | 11/3 | K | | |
| 479. McDonalds Corp | | | | | Buy | 11/4 | J | | |
| 480. Medco Health Solutions Inc | | None | M | T | Buy | 3/2 | J | | |
| 481. Medco Health Solutions Inc | | | | | Buy | 3/30 | K | | |
| 482. Medco Health Solutions Inc | | | | | Buy | 10/7 | J | | |
| 483. Medco Health Solutions Inc | | | | | Buy | 11/4 | K | | |
| 484. Medco Health Solutions Inc | | | | | Buy | 11/7 | K | | |
| 485. Met WTR SO CA GO SER 5.000% 3/01/17 | D | Interest | N | T | Buy | 3/17 | N | | |
| 486. Metro Wtr Dist CA 5.000% 7/01/17 | D | Interest | | | Sell | 12/21 | M | B | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 487. Microsoft Corp | B | Dividend | M | T | Buy | 3/10 | J | | |
| 488. Microsoft Corp | | | | | Buy | 3/18 | K | | |
| 489. Microsoft Corp | | | | | Buy | 10/7 | J | | |
| 490. Millennium Pharmaceuticals Inc | | None | K | T | Buy | 4/8 | J | | |
| 491. Millennium Pharmaceuticals Inc | | | | | Buy | 4/11 | J | | |
| 492. Millennium Pharmaceuticals Inc | | | | | Buy | 4/12 | J | | |
| 493. Millennium Pharmaceuticals Inc | | | | | Buy | 4/13 | J | | |
| 494. Millennium Pharmaceuticals Inc | | | | | Buy | 4/15 | J | | |
| 495. Millennium Pharmaceuticals Inc | | | | | Buy | 4/18 | J | | |
| 496. Millennium Pharmaceuticals Inc | | | | | Buy | 4/19 | J | | |
| 497. Millennium Pharmaceuticals Inc | | | | | Buy | 4/20 | J | | |
| 498. Millennium Pharmaceuticals Inc | | | | | Buy | 4/21 | J | | |
| 499. Millennium Pharmaceuticals Inc | | | | | Buy | 4/22 | J | | |
| 500. Millennium Pharmaceuticals Inc | | | | | Buy | 4/25 | J | | |
| 501. Millennium Pharmaceuticals Inc | | | | | Buy | 4/26 | J | | |
| 502. Millennium Pharmaceuticals Inc | | | | | Buy | 4/27 | J | | |
| 503. Millennium Pharmaceuticals Inc | | | | | Buy | 4/27 | J | | |
| 504. Millennium Pharmaceuticals Inc | | | | | Buy | 4/28 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| | | | | | | | | | | (5) |
|---|---|---|---|---|---|---|---|---|---|---|
| 508. | Millennium Pharmaceuticals Inc | | | | | | Buy | 5/3 | J | |
| 509. | Millennium Pharmaceuticals Inc | | | | | | Buy | 10/7 | J | |
| 510. | Monterey CA Cops Nat 4.750% 8/01/17 | B | Interest | L | T | | | | | |
| 511. | Mt Diablo CA USD FSA 4.625% 8/01/17 | C | Interest | M | T | | | | | |
| 512. | National Instruments Corp | A | Dividend | K | T | | Buy | 1/26 | J | |
| 513. | National Instruments Corp | | | | | | Buy | 1/27 | J | |
| 514. | National Instruments Corp | | | | | | Buy | 4/1 | J | |
| 515. | National Instruments Corp | | | | | | Buy | 4/4 | J | |
| 516. | National Instruments Corp | | | | | | Buy | 10/7 | J | |
| 517. | Nestle Nam Spon Adr | B | Dividend | L | T | | | | | |
| 518. | New World Fund Inc R5 | D | Dividend | O | T | | Buy | 3/18 | K | |
| 519. | New World Fund Inc R5 | | | | | | Buy | 7/14 | L | |
| 520. | New World Fund Inc R5 | | | | | | Buy | 12/28 | J | |
| 521. | Nthrn CA Pwr Ref 3-A 5.500% 7/01/05 | C | Interest | | | | Sell | 7/1 | L | |
| 522. | Novartis Ag Nam Spon Adr | A | Dividend | L | T | | Buy | 10/7 | K | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| # | Description | B1 | D1 | C1 | C2 | | Transaction | Date | Value | Gain | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 525. | Omnicom Group Inc | B | Dividend | M | T | | | | | | |
| 526. | Orange Cops Police 4.600% 8/01/10 | C | Interest | M | T | | | | | | |
| 527. | Palos Verdes CA Libr 5.000% 8/01/16 | C | Interest | M | T | | | | | | |
| 528. | Pepsico Inc | B | Dividend | M | T | | Buy | 10/7 | J | | |
| 529. | Potash Corp Sk US$ Adr | A | Dividend | K | T | | Buy | 10/28 | K | | |
| 530. | PR PFC FGIC (P) 5.250% 8/01/31 | D | Interest | N | T | | | | | | |
| 531. | PR Pub Bldg Au Rev 4.500% 7/01/22 | D | Interest | M | T | | | | | | |
| 532. | Procter & Gamble Co | A | Dividend | K | T | | Buy | 3/18 | J | | |
| 533. | Procter & Gamble Co | | | | | | Buy | 10/7 | K | | |
| 534. | Radioshack Corp | A | Dividend | | | | Buy | 10/7 | J | | |
| 535. | Radioshack Corp | | | | | | Partial Sale | 12/8 | J | | |
| 536. | Radioshack Corp | | | | | | Partial Sale | 12/9 | K | | |
| 537. | Radioshack Corp | | | | | | Sell | 12/9 | J | | |
| 538. | Raytheon Company | A | Dividend | | | | Sell | 6/8 | L | D | |
| 539. | Rio Tinto Plc Adr | B | Dividend | M | T | | Buy | 10/7 | K | | |
| 540. | Riverside CA Cop 4.750% 12/01/12 | B | Interest | L | T | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 541. Royal Dutch Shell ADR | D | Dividend | M | T | Buy | 10/7 | K | | |
| 542. Sacra CA CAP Imps AMBAC PREREF 5.5% 12-1-18/6-1-11 | C | Interest | M | T | | | | | |
| 543. Sacra CA Mud S MBIA 5.000% 11/15/15 | C | Interest | M | T | | | | | |
| 544. Sacra City Fin Auth 5.500% 12/01/18 | C | Interest | M | T | | | | | |
| 545. San Diego CA Redev 4.75% 9/1/18 | C | Interest | M | T | | | | | |
| 546. San Diego CA Cop MBI 4.800% 8/15/11 | C | Interest | M | T | | | | | |
| 547. San Diego Cop North 5.000% 11/15/11 | C | Interest | | | Sell | 12/21 | L | A | |
| 548. San Fran Arpt 2nd-15 4.700% 5/01/12 | B | Interest | L | T | | | | | |
| 549. San Fran CA Redev AG 5.000% 7/01/17 | B | Interest | L | T | | | | | |
| 550. San Fran CA Redev AG 5.250% 7/01/18 | C | Interest | L | T | | | | | |
| 551. San Fran City & Co 4.750% 7/01/12 | B | Interest | L | T | | | | | |
| 552. San Francisco CA ST Bldg Auth Lease Rev 5% 12/1/2020 | A | Interest | N | T | Buy | 12/21 | N | | |
| 553. San Jose CA Redev 04 5.250% 8/01/10 | E | Interest | N | T | | | | | |
| 554. Santa Barbara CA Red 5.000% 3/01/19 | D | Interest | M | T | | | | | |
| 555. Santa Clara CA Trans 5.000% 6/01/17 | B | Interest | L | T | | | | | |
| 556. SAP AG Spon ADR | A | Dividend | L | T | Buy | 5/6 | J | | |
| 557. SAP AG Spon ADR | | | | | Buy | 5/9 | J | | |
| 558. SAP AG Spon ADR | | | | | Buy | 5/9 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 559. SAP AG Spon ADR | | | | | Buy | 5/10 | J | | |
| 560. SAP AG Spon ADR | | | | | Buy | 5/11 | J | | |
| 561. SAP AG Spon ADR | | | | | Buy | 5/12 | J | | |
| 562. SAP AG Spon ADR | | | | | Buy | 5/13 | J | | |
| 563. SAP AG Spon ADR | | | | | Buy | 5/16 | J | | |
| 564. SAP AG Spon ADR | | | | | Buy | 5/17 | J | | |
| 565. SAP AG Spon ADR | | | | | Buy | 5/18 | J | | |
| 566. SAP AG Spon ADR | | | | | Buy | 5/19 | K | | |
| 567. SAP AG Spon ADR | | | | | Buy | 5/20 | J | | |
| 568. SAP AG Spon ADR | | | | | Buy | 5/23 | J | | |
| 569. SBC Communications | B | Dividend | K | T | Buy | 3/10 | J | | |
| 570. SBC Communications | | | | | Buy | 3/18 | J | | |
| 571. Schlumberger Ltd | B | Dividend | M | T | Buy | 10/7 | K | | |
| 572. Semtech Corp | | None | K | T | Buy | 2/22 | K | | |
| 573. Semtech Corp | | | | | Buy | 3/18 | J | | |
| 574. Semtech Corp | | | | | Buy | 10/7 | J | | |
| 575. Sepracor Inc | | None | L | T | Buy | 1/28 | J | | |
| 576. Sepracor Inc | | | | | Buy | 1/31 | J | | |

1. Income Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 577. Sepracor Inc | | | | | Buy | 4/26 | | | |
| 578. Sepracor Inc | | | | | Buy | 4/27 | | | |
| 579. Sepracor Inc | | | | | Buy | 4/28 | K | | |
| 580. Sepracor Inc | | | | | Buy | 8/30 | K | | |
| 581. Sepracor Inc | | | | | Buy | 8/31 | K | | |
| 582. Sepracor Inc | | | | | Partial Sale | 10/14 | L | | |
| 583. Siemens Ag Adr | A | Dividend | L | T | Buy | 6/15 | K | | |
| 584. SLM Corp | C | Dividend | M | T | Buy | 10/7 | K | | |
| 585. Southwest Airlines | A | Dividend | K | T | Buy | 10/7 | J | | |
| 586. Sprint Nextel Corp | A | Dividend | K | T | Buy | 11/4 | K | | |
| 587. Sprint Nextel Corp | | | | | Buy | 11/7 | J | | |
| 588. State Str Corp | A | Dividend | L | T | Buy | 5/24 | L | | |
| 589. Suncor Energy Inc US$ Adr | A | Dividend | L | T | | | | | |
| 590. Sunnyvale CA CTFS 98 5.000% 10/01/17 | B | Interest | L | T | | | | | |
| 591. Syngenta Ag Adr | B | Dividend | | | Sell | 8/11 | L | C | |
| 592. Time Warner Inc | A | Dividend | L | T | Buy | 10/7 | J | | |
| 593. Time Warner Inc | | | | | Buy | 11/14 | K | | |
| 594. UmpQua Hldgs Corp | A | Dividend | K | T | Buy | 4/4 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS  – income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 595. Unilever N V NY Shs Adr | B | Dividend | L | T | Buy | 3/10 | J | | |
| 596. Unilever N V NY Shs Adr | | | | | Buy | 11/10 | J | | |
| 597. Union Pacific | B | Dividend | M | T | | | | | |
| 598. United Parcel Service Inc | A | Dividend | L | T | Buy | 4/15 | K | | |
| 599. United Parcel Service Inc | | | | | Buy | 10/7 | J | | |
| 600. United Technologies Corp | B | Dividend | M | T | Buy | 10/7 | J | | |
| 601. Univ of CA Research 5.000% 9/01/14 | C | Interest | | | Sell | 12/21 | L | A | |
| 602. Unocal Corp | A | Dividend | | | Sell | 8/11 | L | E | |
| 603. Verizon Communications | B | Dividend | K | T | Buy | 3/18 | J | | |
| 604. Verizon Communications | | | | | Buy | 10/7 | J | | |
| 605. Virgin Islands PFA 5.000% 10/01/07 | D | Interest | N | T | | | | | |
| 606. Vodafone Group Plc Adr | B | Dividend | L | T | Buy | 3/18 | J | | |
| 607. Vodafone Group Plc Adr | | | | | Buy | 10/7 | J | | |
| 608. Washington Mut Inc | C | Dividend | M | T | Buy | 2/17 | L | | |
| 609. Washington Mut Inc | | | | | Buy | 3/18 | K | | |
| 610. Washington Mut Inc | | | | | Buy | 12/14 | J | | |
| 611. Washington Mut Inc | | | | | Buy | 12/19 | J | | |
| 612. Washington Mut Inc | | | | | Buy | 10/7 | K | | |

1. Income/Gain Codes:       A  = $1,000 or less        B  = $1,001-$2,500       C  = $2,501-$5,000       D  = $5,001-$15,000       E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000    G  = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:             J  = $15,000 or less      K  = $15,001-$50,000      L  = $50,001-$100,000     M  = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000    O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                        P4 = $More than $50,000,000
3. Value Method Codes       Q  = Appraisal           R  = Cost (Real Estate Only)   S  = Assessment          T  = Cash Market
   (See Column C2)          U  = Book Value          V  = Other                 W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Washington Mut Inc | | | | | Buy | 11/10 | J | | |
| 614. Washington Mut Inc | | | | | Buy | 12/13 | K | | |
| 615. WD-40 Company | A | Dividend | | | Sell | 9/22 | J | A | |
| 616. Weatherford Intl Ltd | | None | L | T | | | | | |
| 617. Wellpoint Inc (Anthem Inc) | | None | M | T | Buy | 1/5 | J | | |
| 618. Wellpoint Inc (Anthem Inc) | | | | | Buy | 10/7 | K | | |
| 619. Wells Fargo & Co New | C | Dividend | M | T | Buy | 3/18 | K | | |
| 620. Wells Fargo & Co New | | | | | Buy | 10/7 | J | | |
| 621. West Contra Costa HL 3.000% 7/01/09 | D | Interest | M | T | | | | | |
| 622. Westlands CA Wtr Dis 5.250% 9/01/17 | D | Interest | M | T | | | | | |
| 623. Whole Foods Market | A | Dividend | L | T | | | | | |
| 624. Williams Sonoma Inc | | None | K | T | Buy | 10/7 | J | | |
| 625. XL Capital Ltd | B | Dividend | L | T | Buy | 3/18 | J | | |
| 626. XL Capital Ltd | | | | | Buy | 10/7 | K | | |
| 627. Zymogenetics Inc | | None | J | T | Buy | 12/19 | J | | |
| 628. Zymogenetics Inc | | | | | Buy | 12/20 | J | | |
| 629. Zymogenetics Inc | | | | | Buy | 12/21 | J | | |
| 630. Zymogenetics Inc | | | | | Buy | 12/22 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 631. Zymogenetics Inc | | | | | Buy | 12/27 | J | | |
| 632. SSGA Tax Free Money Mar FDS | E | Interest | P1 | T | | | | | |
| 633. ■ Brokerage Asset Acct | | | | | | | | | |
| 634. Advance Auto Parts | | None | N | T | Partial Sale | 2/23 | O | G | |
| 635. Advance Auto Parts | | | | | Partial Sale | 5/24 | N | G | |
| 636. Advance Auto Parts | | | | | Partial Sale | 7/19 | N | G | |
| 637. Alameda Co CTFS 5.375% 12/1/16 | D | Interest | M | T | | | | | |
| 638. Altria Group common stock | C | Dividend | M | T | | | | | |
| 639. Berkeley CA Sch Dist. 3.875% 8/01/18 | | None | M | T | Buy | 8/8 | M | | |
| 640. Burbank CA Pub Fing 5.250% 12/1/17 | D | Interest | M | T | | | | | |
| 641. CA Ed FACS 4.250% 10/1/18 | A | Interest | L | T | Buy | 5/6 | L | | |
| 642. CA ST Pub Works 4.600% 12/1/20 | C | Interest | L | T | | | | | |
| 643. CA ST Pub Works 4.200% 5/1/19 | | None | M | T | Buy | 12/6 | M | | |
| 644. CA ST Pub Works 5.000% 6/1/18 | C | Interest | M | T | Buy | 8/8 | M | | |
| 645. CB Richard Ellis common stock | | None | O | T | Transfer In | 4/4 | P1 | | See #688 |
| 646. CB Richard Ellis common stock | | | | | Partial Sale | 7/14 | O | G | |
| 647. CB Richard Ellis common stock | | | | | Partial Sale | 8/8 | N | G | |
| 648. CB Richard Ellis common stock | | | | | Partial Sale | 10/5 | N | G | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes. | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 649. Chula Visa CA Pub Fing 3.875% 9/1/17 | | None | L | T | Buy | 8/8 | L | | |
| 650. Coachella CA Sch Dist. 6.000% 8/1/19 | | None | L | T | Buy | 10/5 | L | | |
| 651. CSUCI Fing Auth 4.750% 9/1/14 | D | Interest | M | T | | | | | |
| 652. DPL Inc common stock | C | Dividend | L | T | | | | | |
| 653. Dublin CA Sch Dist. 4.125% 8/1/21 | | None | M | T | Buy | 10/5 | M | | |
| 654. East Bay CA Util Dist 5.000% 6/1/18 | C | Interest | L | T | Buy | 5/24 | L | | |
| 655. Escondido CA CTFS 4.250% 9/1/19 | | None | M | T | Buy | 10/5 | M | | |
| 656. Fontana CA Pub Fing 4.000% 9/1/18 | | None | M | T | Buy | 8/18 | M | | |
| 657. Los Angeles Co. MTA 4.750% 7/1/19 | C | Interest | M | T | Buy | 2/23 | M | | |
| 658. Montclair CA Fing Auth 3.875% 10/1/16 | B | Interest | M | T | Buy | 5/26 | M | | |
| 659. Mountain View CA High School 4.125% 8/1/16 | D | Interest | M | T | | | | | |
| 660. Napa Co CTFS 3.600% 4/1/17 | | None | M | T | Buy | 12/6 | M | | |
| 661. Newport CA Sch Dist 5.000% 8/1/17 | C | Interest | M | T | Buy | 2/23 | M | | |
| 662. Palmdale CA Redev Agy 3.800% 9/1/16 | | None | M | T | Buy | 8/16 | M | | |
| 663. Pasadena CA Elec Rev 5.000% 6/1/16 | D | Interest | M | T | | | | | |
| 664. Public Storage | E | Dividend | N | T | | | | | |
| 665. Riverside Co CTFS 3.875% 11/1/14 | B | Interest | M | T | Buy | 5/14 | M | | |
| 666. Sacramento CA Util Dist 5.000% 5/15/14 | C | Interest | M | T | Buy | 5/24 | M | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 667. Salinas CA CTFS 4.500% 9/1/20 | B | Interest | M | T | Buy | 8/12 | M | | |
| 668. San Diego Co Wtr Auth 4.000% 5/1/20 | D | Interest | M | T | | | | | |
| 669. Santa Cruz Co CTFS 3.875% 8/1/16 | B | Interest | M | T | Buy | 6/1 | M | | |
| 670. Santa Cruz Co CTFS 4.200% 8/1/19 | A | Interest | L | T | Buy | 6/1 | L | | |
| 671. Santa Rosa CA Sch Dist 3.800% 8/1/17 | | None | L | T | Buy | 8/11 | L | | |
| 672. So CA Pub Pwr Auth 5.150% 7/1/15 | D | Interest | M | T | | | | | |
| 673. So CA Pub Pwr Auth 5.250% 1/1/20 | C | Interest | M | T | Buy | 2/23 | M | | |
| 674. So Gate CA Fing Auth 5.250% 9/1/19 | B | Interest | K | T | | | | | |
| 675. The Pantry common stock | | None | P1 | T | Transfer In | 5/5 | P1 | | See #689 and #701 |
| 676. The Pantry common stock | | | | | Partial Sale | 5/23 | M | G | |
| 677. The Pantry common stock | | | | | Partial Sale | 5/24 | M | G | |
| 678. The Pantry common stock | | | | | Partial Sale | 12/6 | N | G | |
| 679. Tyco International | A | Dividend | L | T | | | | | |
| 680. Univ. of CA Multi Purp. 5.00% 9/1/16 | D | Interest | M | T | | | | | |
| 681. ▰ Bank Deposit | C | Interest | K | T | | | | | |
| 682. ▰ Growth Fund | | None | | | Sell | 3/25 | L | | |
| 683. ▰ High Yielded Fund | A | Interest | | | Sell | 3/25 | L | | |
| 684. ▰ S&P Index Fund | | None | | | Sell | 3/25 | M | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| # | Description | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 688. | CB Commercial common stock | | None | | | Transfer Out | 4/4 | P1 | | See #645 |
| 689. | The Pantry, Inc. common stock | | None | | | Transfer Out | 5/5 | O | | See #675 |
| 690. | AFC Enterprises common stock | | None | L | U | | | | | |
| 691. | AFC Enterprises common stock | | | | | Partial Sale | 6/8 | P1 | G | |
| 692. | AFC Enterprises common stock | | | | | Partial Sale | 6/22 | O | G | |
| 693. | AFC Enterprises common stock | | | | | Partial Sale | 12/9 | N | G | |
| 694. | AFC Enterprises common stock | | | | | Partial Sale | 12/28 | K | E | |
| 695. | Asbury Automotive common stock | | None | M | U | | | | | |
| 696. | Miller Publishing llc interests | | None | M | U | | | | | |
| 697. | FS Management Co., L.P. (.P. Interest) | B | Interest | J | U | | | | | |
| 698. | Freeman Spogli & Co., Incorp. Common stock | A | Interest | J | U | | | | | |
| 699. | FS Equity Partners IV | | | | | | | | | |
| 700. | Asbury Automotive common stock | | None | M | U | | | | | |
| 701. | The Pantry common stock | | None | | | Transfer Out | 5/5 | N | | See #675 |
| 702. | AFC Enterprises common stock | | None | K | U | Partial Sale | 6/8 | L | F | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII.  INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 703. AFC Enterprises common stock | | | | | Partial Sale | 6/22 | K | D | |
| 704. AFC Enterprises common stock | | | | | Partial Sale | 12/9 | K | D | |
| 705. AFC Enterprises common stock | | | | | Partial Sale | 12/28 | J | C | |
| 706. Miller Pub common stock | | None | K | U | | | | | |
| 707. Sur La Table | | None | M | U | Buy | 3/7 | L | | |
| 708. Ross-Simmons | | None | N | U | Buy | 3/14 | J | | |
| 709. FS Equity Partners V | | | | | | | | | |
| 710. Winebow Inc common stock | | None | M | U | | | | | |
| 711. N.E.W. Companies common stock | | None | M | U | | | | | |
| 712. H.H. Gregg Inc common stock | | None | N | U | Buy | 1/26 | N | | |
| 713. Bright Now Inc common stock | | None | N | U | Buy | 5/23 | N | | |
| 714. Riordan Venture Assoc. (L.P. Int.) | | | | | | | | | |
| 715. Financial Pacific Inc. stock | | None | | | Sell | 10/22 | K | C | |
| 716. RHL Learn preferred stock, sub debt (Store of Knowledge) | | None | | | Wrote off | 6/30 | J | | |
| 717. Corda Med common notes | | None | | | Wrote off | 6/30 | J | | |
| 718. RLH Silverado Dividend Pref. Stock debt | | None | K | U | | | | | |
| 719. Axcelerant | | None | J | U | | | | | |
| 720. Bradshaw | | None | J | U | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 721. Intri-Plex Tech. | | None | J | U | | | | | |
| 722. ITS Corp. | | None | J | T | Buy | 11/5 | J | | |
| 723. Cymetrix Corp common stock | | None | J | U | Buy | 4/4 | J | | |
| 724. Cymetrix Corp common stock | | None | J | U | Buy | 5/19 | J | | |
| 725. Con-Cise Lens Co common stock | | None | J | U | Buy | 4/20 | J | | |
| 726. Bistro 45 common stock | A | Dividend | J | U | | | | | |
| 727. ▆▆▆▆▆▆▆▆▆ | | | | | | | | | |
| 728. Pacific Growth Fund | | None | K | T | Buy | 1/24 | K | | |
| 729. ▆▆▆ Liquid Asset Account Trust Fund | A | Dividend | J | T | | | | | |
| 730. Philips Elect NV common stock | A | Dividend | K | T | | | | | |
| 731. Hewlett Packard common stock | A | Dividend | K | T | | | | | |
| 732. Procter & Gamble common stock | B | Dividend | M | T | Buy | 1/24 | K | | |
| 733. Cendant Corporation common stock | A | Dividend | K | T | | | | | |
| 734. Safeway common stock | A | Dividend | J | T | | | | | |
| 735. Sun Microsoft common stock | | None | K | T | | | | | |
| 736. CVS Corp. common stock | A | Dividend | K | T | | | | | |
| 737. Avaya common stock | | None | J | T | | | | | |
| 738. Lucent Technology common stock | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS -- income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 739. Altria Group common stock | B | Dividend | K | T | | | | | |
| 740. Cisco Sys common stock | | None | J | T | | | | | |
| 741. Clear Channel common stock | A | Dividend | K | T | | | | | |
| 742. Agere Systems common stock | | None | J | T | | | | | |
| 743. Time Warner common stock | A | Dividend | K | T | | | | | |
| 744. CCE Spinco Inc common stock | | None | J | T | Dividend | 12/21 | J | | from Clear Channel |
| 745. PHH Corp Com Stock | | None | J | T | Dividend | 2/4 | J | | From Cendant |
| 746. R&M Encelle Partners (Partnership Interest) | | None | J | U | | | | | |
| 747. Trust #2 ▇▇ UTM-W) | | | | | | | | | |
| 748. Growth Fund of America | | None | J | T | | | | | |
| 749. General Elec common stock | A | Dividend | J | T | Transfer In | 8/11 | J | | See #822 |
| 750. New World Fund | A | Dividend | J | T | Buy | 12/19 | J | | |
| 751. Trust #3 ▇▇ UTM-K) | | | | | | | | | |
| 752. General Elec common stock | A | Dividend | J | T | Transfer In | 8/11 | J | | See #822 |
| 753. New World Fund | A | Dividend | J | T | Buy | 12/20 | J | | |
| 754. Trust #4 - (IR-W) | | | | | | | | | |
| 755. ▇▇▇▇▇ | A | Dividend | L | T | | | | | [signature] |
| 756. Cash Mgmt Trust of America R5 | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 757. Capital Income Builder Inc R5 | B | Dividend | K | T | Buy | 1/11 | J | | |
| 758. Europacific Growth Fund R5 | B | Dividend | K | T | Buy | 1/11 | J | | |
| 759. Europacific Growth Fund R5 | | | | | Partial Sale | 4/26 | J | A | |
| 760. Europacific Growth Fund R5 | | | | | Partial Sale | 10/10 | J | A | |
| 761. Europacific Growth Fund R5 | | | | | Partial Sale | 12/8 | J | A | |
| 762. Growth Fund of America R5 | A | Dividend | K | T | Buy | 1/11 | J | | |
| 763. Investment Company of America R5 | A | Dividend | K | T | Buy | 1/11 | J | | |
| 764. New World Fund Inc R5 | A | Dividend | K | T | Buy | 1/11 | J | | |
| 765. Trust #5 (IR-K) | | | | | | | | | |
| 766. Clipper Fund | A | Dividend | L | T | | | | | |
| 767. Cash Mgmt Trust of America R5 | A | Dividend | J | T | | | | | |
| 768. Capital Income Builder Inc R5 | B | Dividend | K | T | Buy | 1/11 | J | | |
| 769. Europacific Growth Fund R5 | B | Dividend | K | T | Buy | 1/11 | J | | |
| 770. Europacific Growth Fund R5 | | | | | Partial Sale | 4/26 | J | A | |
| 771. Europacific Growth Fund R5 | | | | | Partial Sale | 10/10 | J | A | |
| 772. Europacific Growth Fund R5 | | | | | Partial Sale | 12/8 | J | A | |
| 773. Growth Fund of America (The) R5 | A | Dividend | K | T | Buy | 1/11 | J | | |
| 774. Investment Company of America R5 | A | Dividend | K | T | Buy | 1/11 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 775. New World Fund Inc R5 | A | Dividend | K | T | Buy | 1/11 | J | | |
| 776. Trust #6 (98-W) | | | | | | | | | |
| 777. MSDW Dividend Growth | A | Dividend | K | T | | | | | |
| 778. New World Fund | | None | M | T | Buy | 2/23 | L | | |
| 779. New World Fund | | | | | Buy | 11/17 | L | | |
| 780. New World Fund | | | | | Buy | 12/16 | K | | |
| 781. ▉▉▉▉Active Money Trust | A | Dividend | J | T | | | | | |
| 782. Advance Auto common stock | | None | K | T | Partial Sale | 2/23 | L | E | |
| 783. Winebow Inc common stock | | None | J | U | | | | | |
| 784. N.E.W. Companies common stock | | None | J | U | | | | | |
| 785. HH Gregg Inc common stock | | None | J | U | Buy | 1/26 | J | | |
| 786. Bright Now Inc common stock | | None | J | U | Buy | 5/23 | J | | |
| 787. Cash Mgmt Trust of America R5 | A | Dividend | K | T | | | | | |
| 788. Captial Income Builder Inc R5 | C | Dividend | L | T | Partial Sale | 12/21 | J | B | |
| 789. Europacific Growth Fund R5 | B | Dividend | M | T | Partial Sale | 12/28 | J | C | |
| 790. Growth Fund of America (The) R5 | A | Dividend | L | T | Partial Sale | 12/20 | J | A | |
| 791. Investment Company of America R5 | C | Dividend | M | T | Partial Sale | 12/23 | J | C | |
| 792. New World Fund Inc R5 | B | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | | | | | | | | (3) | (4) | |
|---|---|---|---|---|---|---|---|---|---|---|
| 794. | ██████Dividend Growth | A | Dividend | K | T | | | | | |
| 795. | New World Fund | | None | M | T | Buy | 2/23 | L | | |
| 796. | New World Fund | | | | | Buy | 11/17 | L | | |
| 797. | New World Fund | | | | | Buy | 12/16 | K | | |
| 798. | ██████Active Money Trust | A | Dividend | J | T | | | | | |
| 799. | Advance Auto common stock | | None | L | T | Partial Sale | 2/23 | L | E | |
| 800. | Winebow Inc common stock | | None | J | U | | | | | |
| 801. | N.E.W. Companies Common Stock | | None | J | U | | | | | |
| 802. | HH Gregg Inc common stock | | None | J | U | Buy | 1/26 | J | | |
| 803. | Bright Now Inc common stock | | None | J | U | Buy | 5/23 | J | | |
| 804. | Cash Mgmt Trust of America R5 | A | Dividend | K | T | | | | | |
| 805. | Capital Income Builder Inc R5 | C | Dividend | L | T | Partial Sale | 12/21 | J | B | |
| 806. | Europacific Growth Fund R5 | B | Dividend | M | T | Partial Sale | 12/28 | J | C | |
| 807. | Growth Fund of America (The) R5 | A | Dividend | L | T | Partial Sale | 12/20 | J | A | |
| 808. | Investment Company of America R5 | C | Dividend | M | T | Partial Sale | 12/23 | J | C | |
| 809. | New World Fund Inc R5 | B | Dividend | L | T | | | | | |
| 810. | Real Estate Partnership - Hal. | | None | N | U | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS – income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 811. Real Estate Partnership - Lau. | | None | M | U | Buy | 2/7 | M | | |
| 812. Real Estate Partnership - G.O. | | None | K | U | Buy | 6/7 | K | | |
| 813. Dorset Capital Partnership Invest | A | Interest | L | U | | | | | |
| 814. ▓▓▓Money Market Fund | C | Interest | M | T | | | | | |
| 815. ▓▓▓Checking | A | Interest | K | T | | | | | |
| 816. ▓▓▓Checking | B | Interest | M | T | | | | | |
| 817. Fargo Investment Partnership | | None | M | U | | | | | |
| 818. R&M Catalytic Solutions | | None | L | U | | | | | |
| 819. Bulldog Partners I | A | Interest | L | U | | | | | |
| 820. Bulldog Partners II | A | Interest | K | U | Buy | 7/8 | K | | |
| 821. Regents Banshares | | None | M | U | | | | | |
| 822. General Electric common stock | A | Dividend | | | Transfer Out | 8/11 | J | | See # 749 and 752 |
| 823. Berkshire Hathaway Class A Common Stock | A | Dividend | L | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part VII Investments and Trusts
Header Information

Line 1, IRA, covers lines 2 through 173

Line 174, Trust 1 covers lines 175 through 177

Line 178, ████████████████████covers lines 179 through 254

Line 255, Capital Trust Account covers line 256 through 632

Line 633, ██████████ covers line 634 through 684

Line 685, FS Equity Parners III covers line 686 through 696

Line 697, FS Management Co., L.P. (.P. Interest) covers line 697

Line 698, Freeman Spogli & Co., Incorp. Common stock covers line 698

Line 699, FS Equity Partners IV covers line 700 through 708

Line 709, FS Equity Partners V covers line 710 through 713

Line 714, Riordan Venture Assoc. (L.P. Int.) covers line 715 through 725

Line 726, Bistro 45 common stock covers line 726

Line 727, ██████████covers line 728 through 745

Line 746, R& M Encelle Partners (Partnership Interest) covers line 746

Line 747, Trust #2 covers line 748 through 750

Line 751, Trust #3 covers line 752 through 753

Line 754, Trust #4 covers line 755 through 764

Line 765, Trust #5 covers line 766 through 775

Line 776, Trust #6 covers line 777 through 792

Line 793, Trust #7 (98-K) covers line 794 through 809

Line 810, Real Estate Partnership - Hal. covers line 810

Line 811, Real Estate Partnership - Lau. covers line 811

Line 812, Real Estate Partnership - G.O. covers line 812

Line 813, Dorset Capital Partnership Invest covers line 813

Line 814, ██████ Money Market Fund covers line 814

Line 815 █████Checking covers line 815

Line 816, █████Checking covers line 816

Line 817, Fargo Investment Partnership covers line 817

Line 818, R&M Catalytic Solutions covers line 818

Line 819, Bulldog Partners I covers line 819

Line 820, Bulldog Partners II covers line 820

Line 821, Regents Banshares covers line 821

Line 822, General Electric common stock covers line 822

Line 823, Berkshire Hathaway Class A Common Stock covers line 823

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WARDLAW, KIM M | 7/13/2006 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date_ *7-14-06*_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544